**Ronald Hugh HUTTON, Plaintiff–Appellant,**

v.

**U.S. DEPARTMENT OF VETERANS AFFAIRS, Defendant–Appellee.**

No. 14–1606.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 28, 2014.

Decided: Sept. 2, 2014.

Ronald Hugh Hutton, Appellant Pro Se.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Hugh Hutton appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and

find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Hutton v. U.S. Dep't of Veterans Affairs,* No. 5:13–cv–00417–FL, 2014 WL 2112668 (E.D.N.C. May 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*